### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

JASON ROBINSON                                                                                                  PLAINTIFF

v.                                              3:19cv00130-KGB-JJV

DOES, *et al*.                                                                                                   DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the district judge or magistrate judge, you must, at the time you file your written objections, include the following:

1.   Why the record made before the magistrate judge is inadequate.

2.   Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the magistrate judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the district judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Jason Robinson ("Plaintiff") filed this action on April 29, 2019 alleging violations of his civil rights. (Doc. No. 1.) Because Plaintiff neither paid the filing and administrative fees in this case nor filed a motion to proceed *in forma pauperis*, in an April 30, 2019 Order I directed Plaintiff to do one or the other within thirty days. (Doc. No. 2.) Plaintiff then filed a motion for leave to proceed *in forma pauperis*, but he submitted a blank certificate and calculation sheet and did not fill out his Application. (Doc. No. 4.) On May 23, 2019, I denied Plaintiff's motion, explaining to him that an inmate seeking *in forma pauperis* status must submit a Calculation of Initial Payment of Filing Fee sheet and a certified copy of his prisoner trust fund account statement. (Doc. No. 5.) Also on May 23, 2019 I directed Plaintiff to pay the $400 filing and administrative fees in this case or file a complete motion to proceed *in forma pauperis* within thirty days. (*Id.*) I cautioned Plaintiff that his failure to comply with my Order may result in the dismissal of his case without prejudice. (*Id.*) I also advised Plaintiff that if he was unable to receive a completed certificate and calculation sheet from the detention center, he should inform the Court. (*Id.*)

More than thirty days have now passed from the entry of my May 23, 2019 Order. Plaintiff has not complied with or otherwise responded to the Order. Plaintiff was warned that such failure

could result in a recommendation that this action be dismissed without prejudice pursuant to Local Rule 5.5(c)(2). (*Id.*)

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice and that the Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 25th day of June 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE