IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JASON ROBINSON                                                                                    PLAINTIFF

v.                          Case No. 3:19-cv-00130-KGB-JJV

DOES, *et al.*                                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses without prejudice plaintiff Jason Robinson's complaint (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 19th day of December, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge