IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JASON ROBINSON                                                               PLAINTIFF

v.                      Case No. 3:19-cv-00130-KGB-JJV

DOES, *et al.*                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Jason Robinson's complaint is dismissed without prejudice.

It is so adjudged this 19th day of December, 2019.

                                                           Kristine G. Baker
                                                           United States District Judge